Andre JOHNSON, Petitioner—
Appellant,

v.

Steven J. CAMBRA, Jr., Warden,
Respondent—Appellee.

No. 02–15206.

D.C. No. CV–96–01710–MHP.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Jan. 13, 2004.

Decided Jan. 29, 2004.

Andre Johnson, pro se, PBSP—Pelican Bay State Prison, Crescent City, CA, Frank G. Prantil, Attorney at Law, Sacramento, CA, for petitioner–appellant.

Gerald A. Engler, Deputy Atty. Gen., AGCA—Office of the California Attorney General (SF), San Francisco, CA, for respondent–appellee.

Before WALLACE, McKEOWN, and CALLAHAN, Circuit Judges.

MEMORANDUM*

Johnson appeals from the denial of his habeas corpus petition. The district court had jurisdiction pursuant to 28 U.S.C. § 2254, and we have jurisdiction over the timely filed appeal under 28 U.S.C. § 2253. We affirm for the reasons stated by the

---

district court in its November 13, 2001, memorandum and order.

AFFIRMED.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.